UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

```
UNITED STATES OF AMERICA,         )    CR 16-00794-CJC-2
                                  )
              Plaintiff,          )    ORDER OF DETENTION
                                  )
         v.                       )
                                  )
JOSE DANIEL CABRERA JIMENEZ,      )
et al.,                           )
                                  )
              Defendant.          )
_____)
```

The Defendant's motion for review of the Magistrate Judge's detention order and release is **DENIED**. The Court finds that Defendant has failed to rebut the drug offender presumption set forth in 18 U.S.C. § 3142(e)(3) and that there is no condition or combination of conditions that will reasonably assure his appearance as required and the safety of the community. In making these findings, the Court has considered (i) the nature and circumstances of the drug offenses charged; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics

of Defendant; and (iv) the nature and seriousness of the danger to the community.

As to flight risk, the grand jury returned an indictment charging Defendant with conspiracy to distribute methamphetamine, and two counts of possession with intent to distribute methamphetamine.  If convicted, Defendant faces a 10-year mandatory minimum sentence, and a maximum sentence of life imprisonment. Defendant also has very significant ties to Mexico.  His parents and siblings live there, he frequently travels there and he allegedly imported large quantities of methamphetamine into the United States through his drug trafficking sources who live there. Finally, Defendant is a green card holder and, if convicted, will be deported to Mexico in any event.  Thus, Defendant has significant motives and reasons for fleeing to Mexico and avoiding trial on the charges against him.

As to danger, Defendant is charged with very serious drug trafficking crimes, involving the alleged distribution of one of the most dangerous and destructive drugs plaguing the community. Indeed, Defendant allegedly had over 31 pounds of methamphetamine in his own home at the time of his arrest that he allegedly received from drug traffickers and sources in Mexico.  His alleged criminal conduct does not suggest isolated or aberrational behavior.  It reflects active participation and involvement in an extensive drug trafficking network that is very dangerous to the community.  The Court has reason to believe that Defendant will rejoin that network if released on bail.

1    IT IS THEREFORE ORDERED that Defendant be detained prior to
2 trial.
3    IT IS FURTHER ORDERED that Defendant be committed to the
4 custody of the Attorney General for confinement in a corrections
5 facility separate, to the extent practicable, from persons awaiting
6 or serving sentences or being held in custody pending appeal.
7    IT IS FURTHER ORDERED that Defendant be afforded reasonable
8 opportunity for private consultation with counsel.
9    IT IS FURTHER ORDERED that, on order of a Court of the United
10 States or on request of any attorney for the Government, the person
11 in charge of the corrections facility in which Defendant is
12 confined deliver Defendant to a United States marshal for the
13 purpose of an appearance in connection with a court proceeding.

16 Dated: February 10, 2017

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

3